**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

2011 SEP 12 PM 1:44

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| STEPHEN SLIDER<br>APRIL SLIDER | Bankruptcy No. 09-33930 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On June 1, 2011, Check # 101, in the amount of $50.00 was issued to Stephen and April Slider.

2. Said check was never cashed by the payees and a stop payment has been issued.

3. The unclaimed funds are on deposit in The Bank of New York Mellon, Account # 92008344771566.

4. The last known name and address of the payee, to which the check was sent, is as follows:

    Stephen & April Slider
    61 Wrangler Avenue
    Saratoga Springs, Utah 84045

5. A check in the amount of $50.00, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 8th day of September, 2011.

KENNETH A. RUSHTON, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 6th day of September, 2011.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111